## MARY JANE STEVENS v. DAVID STEVENS.

*Divorce for cruelty—Alimony.*

Alimony was denied a wife upon affirming a decree of divorce obtained by her for cruelty where circumstances appeared to lessen the degree of suffering which usually attends such injuries as she received and where it farther appeared that she had already received from her husband an amount of property not very disproportionate to the amount of alimony which might otherwise have been allowed her.

Appeal from Berrien. Submitted October 19. Decided October 31.

BILL for divorce. Defendant appeals. Affirmed.

*Clapp & Fyfe* for complainant.

*N. A. Hamilton* for defendant.

CAMPBELL, J. Complainant was awarded a decree of divorce against respondent for cruelty, but no alimony was granted her. Both parties appeal.

We are not disposed to disturb the decree. The cruelty was made out, but there were circumstances which indicate that while in no way excusing respondent, they may fairly be considered as lessening the degree of suffering in mind which usually attends such injuries as complainant received. They also show that she has received a considerable amount of property, not very disproportionate to what would be given her if she had received nothing and were now granted alimony. We are satisfied that the circuit judge, who was in a position to understand the merits of the witnesses, has probably done substantial justice.

The decree must be affirmed, respondent paying taxable costs and disbursements as in ordinary causes.

The other Justices concurred.